JOHN TERNAU, petitioner-appellant,

v.

HEDWIG TERNAU, defendant-respondent.

[Decided February 1st, 1926.]

On appeal from orders of the court of chancery.

*Mr. Samuel C. Cowart,* for the appellant.

*Mr. Edward Stover,* for the respondent.

PER CURIAM.

John Ternau, the appellant, brought suit for divorce
against his wife upon a charge of desertion. The wife an-
swered his petition, denying the desertion, and applied for
alimony *pendente lite* and a counsel fee. This application
was granted, and an order entered fixing the alimony at $6
a week and allowing a counsel fee of $75. Some two weeks
later counsel for the petitioner moved to vacate this order,
and, after hearing, the motion was denied and an order to
that effect duly entered. A few days later counsel for the
petitioner moved for a rehearing on the application for ali-
mony and counsel fee. This motion, in turn, was denied,
and an order of denial entered. Counsel for petitioner then
applied for an order to show cause why the several orders
hereinbefore recited should not be revoked, and, upon the
hearing of this application, it was refused and a formal order
to that effect was entered.

The appeal in this case challenges the validity of each one
of these orders. So far as the order granting alimony and
counsel fee is concerned, our examination of the case leads
us to the conclusion that it was properly made and should be
affirmed. As to the other orders brought up by this appeal,

we are of the opinion that each one of them was discretionary and not subject to review in this court. As a result, the appeal, so far as it concerns those orders, will be dismissed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 14.

*For reversal*—None.